ORIGINAL

**FILED**
NOV 21 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

MANATT, PHELPS & PHILLIPS, LLP
GREGORY N. PIMSTONE (Bar No. 150203)
Email: gpimstone@manatt.com
ILEANA HERNANDEZ (Bar No. 198906)
Email: ihernandez@manatt.com
JOSEPH E. LASKA (Bar No. 221055)
Email: jlaska@manatt.com
LEAH R. ADAMS (Bar No. 266645)
Email: ladams@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

*Attorneys for Defendant*
KAISER FOUNDATION HEALTH PLAN, INC.

E-Filing

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADR

| | |
|---|---|
| SUSAN FUTTERMAN, MEGAN MORTENSEN, and ACIANITA LUCERO as individuals, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., and DOES I though XX, inclusive,<br><br>Defendants. | Case No. C13-5416 EDL<br><br>From Alameda County Superior Court Case No. RG13697775<br><br>FILED AS CLASS ACTION<br><br>**DEFENDANT KAISER FOUNDATION HEALTH PLAN, INC.'S DISCLOSURE STATEMENT (FED. R. CIV. P. 7.1)**<br><br>Filed Concurrently with:<br>(1) Civil Case Cover Sheet;<br>(2) Notice of Removal of Civil Action to Federal Court;<br>(3) Appendix of State Court Pleadings;<br>(4) Certificate of Interested Entities and Persons (Local Rule 3-16 (b));<br>(5) Notice to Adverse Party of Removal of Civil Action to Federal Court; and<br>(6) Proof of Service.<br><br>Action filed:   October 2, 2013 |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT'S DISCLOSURE STATEMENT

**TO PLAINTIFFS, THEIR COUNSEL OF RECORD, AND THE COURT:**

Under Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Defendant Kaiser Foundation Health Plan, Inc. ("Kaiser"), certifies that, to the best of their knowledge, Kaiser is a California non-profit public benefit corporation, and that there is no corporation that is the parent corporation of Kaiser, or any publicly held corporation that owns 10% or more of its stock.

Dated: November 21, 2013

MANATT, PHELPS & PHILLIPS, LLP
GREGORY N. PIMSTONE
ILEANA HERNANDEZ
JOSEPH E. LASKA
LEAH R. ADAMS

By: _____
Ileana Hernandez
*Attorneys for Defendant*
KAISER FOUNDATION HEALTH PLAN, INC.