MANATT, PHELPS & PHILLIPS, LLP
GREGORY N. PIMSTONE (Bar No. 150203)
Email: gpimstone@manatt.com
ILEANA HERNANDEZ (Bar No. 198906)
Email: ihernandez@manatt.com
JOSEPH E. LASKA (Bar No. 221055)
Email: jlaska@manatt.com
LEAH R. ADAMS (Bar No. 266645)
Email: ladams@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA  90064-1614
Telephone:  (310) 312-4000
Facsimile:  (310) 312-4224

*Attorneys for Defendant*
KAISER FOUNDATION HEALTH PLAN, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN FUTTERMAN, MEGAN MORTENSEN, and ACIANITA LUCERO as individuals, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., and DOES I though XX, inclusive,<br><br>Defendants. | Case No. C13-05416-TEH<br><br>Hon. Thelton E. Henderson<br><br>FILED AS CLASS ACTION<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT KAISER FOUNDATION HEALTH PLAN, INC. TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT, AND TO SET BRIEFING SCHEDULE**<br><br>Action filed:     October 2, 2013 |

Manatt, Phelps & Phillips, LLP
Attorneys At Law
Los Angeles

STIPULATION TO EXTEND TIME FOR DEFENDANT KAISER FOUNDATION HEALTH PLAN, INC. TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT, AND TO SET BRIEFING SCHEDULE

C-13-05416-TEH

Plaintiffs Susan Futterman, Megan Mortensen, and Acianita Lucero (collectively, "Plaintiffs") and Defendant Kaiser Foundation Health Plan, Inc. ("Kaiser") stipulate, subject to the Court's approval, as follows:

1. Plaintiffs Futterman and Mortensen filed the initial complaint in this action against Kaiser in Alameda County Superior Court on October 2, 2013.

2. Plaintiffs Futterman and Mortensen, with the addition of Plaintiff Lucero, filed their First Amended Complaint ("FAC") in this action in Alameda County Superior Court on October 16, 2013.

3. Plaintiffs personally served Kaiser with the summons and FAC on October 24, 2013.

4. Kaiser timely removed the state-court action to this Court on November 21, 2013.

5. Kaiser's response to the FAC is currently due on November 29, 2013.

6. Kaiser requested an extension of time to respond to Plaintiffs' FAC, to which Plaintiffs agreed on the condition that the parties stipulate to a briefing schedule on any responsive motions filed by Kaiser.

7. In light of the complexity of Plaintiffs' claims and the issues they present, as well as the impending holiday season and unavailability of counsel, Plaintiffs and Kaiser have agreed to the following modified briefing schedule for any motions filed by Kaiser in response to the FAC:

- Kaiser's time to move, answer, or otherwise respond to Plaintiffs' FAC is extended to and including December 23, 2013;
- Plaintiffs' oppositions to any motions filed by Kaiser in response to the FAC will be filed on or before January 10, 2014; and
- Kaiser's replies in support of any motions filed in response to the FAC will be filed on or before January 24, 2014.

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

1

STIPULATION TO EXTEND TIME FOR DEFENDANT KAISER FOUNDATION HEALTH PLAN, INC. TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT, AND TO SET BRIEFING SCHEDULE
C-13-05416-TEH

- The parties will meet and confer to schedule the hearing on any motions for a date that is agreeable to the parties and the Court's calendar.

**SO STIPULATED.**

Dated: November 27, 2013          SIEGEL LEWITTER MALKANI

                                  By: /s/ Latika Malkani
                                      Latika Malkani
                                      *Attorneys for Plaintiffs*
                                      SUSAN FUTTERMAN, MEGAN MORTENSEN, AND ACIANITA LUCERO

Dated: November 27, 2013          MANATT, PHELPS & PHILLIPS, LLP

                                  By: /s/ Ileana Hernandez
                                      Ileana Hernandez
                                      *Attorneys for Defendant*
                                      KAISER FOUNDATION HEALTH PLAN, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 12/02/2013                 _____
                                  Hon. Thelton E. Henderson
                                  Senior Judge
                                  United States District Court

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson]

Manatt, Phelps & Phillips, LLP
Attorneys At Law
Los Angeles

2

STIPULATION TO EXTEND TIME FOR DEFENDANT KAISER FOUNDATION HEALTH PLAN, INC. TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT, AND TO SET BRIEFING SCHEDULE

C-13-05416-TEH