UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN FUTTERMAN, et al., <br>     Plaintiffs, <br>   v. <br> KAISER FOUNDATION HEALTH PLAN, INC., <br>     Defendant. | Case No. 13-cv-05416-TEH <br><br> **ORDER REMANDING CASE** |

  On November 21, 2013, Defendant removed this action to federal court on the basis that Plaintiff Megan Mortenson's claims related to a health plan governed by the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1001 *et seq.*, and the case was therefore subject to ERISA's removal provisions. Defendant then moved to dismiss Plaintiffs' complaint, contending, among other arguments, that Plaintiff Mortenson's claims were preempted by ERISA.

  On February 28, 2014, ruling on Defendant's motion to dismiss, the Court held that Plaintiff Mortenson's claims were completely preempted by ERISA and therefore should be dismissed. Absent those claims, there were no longer any federal questions in this case, and the Court indicated that it was inclined not to exercise supplemental jurisdiction over the state law claims that remained. *See* 28 U.S.C. 1367(c) ("The district courts may decline to exercise supplemental jurisdiction . . . if . . . [it] has dismissed all claims over which it has original jurisdiction."). Reserving ruling on the rest of the arguments raised in Defendant's motion to dismiss, the Court gave Plaintiffs until March 21, 2014 to amend their complaint to add claims pursuant to ERISA – which would give rise to federal question jurisdiction – or to indicate to the Court that they would not be bringing claims under ERISA.

  On March 21, 2014, Plaintiffs filed a notice stating that they will not amend their complaint to add claims under ERISA. Therefore, no federal questions remain in this case

1  and the Court declines to exercise jurisdiction over the remaining state law claims.
2  Accordingly, with good cause appearing, it is hereby ordered that this case is remanded to
3  the Superior Court of California, Alameda County.  The Court does not rule on
4  Defendant's other arguments for dismissal.  Defendant may raise those arguments before
5  the Superior Court should it so choose.  The clerk may close the file.

**IT IS SO ORDERED.**

Dated:  3/26/14                              _____
                                             THELTON E. HENDERSON
                                             United States District Judge